UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILIANO MARTINEZ,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | No.  CV-11-3108-JPH<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is REVERSED and REMANDED to the Commissioner for calculation of benefits.

Defendant's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Plaintiff.

DATED: March 19, 2013

                                     SEAN F. McAVOY
                                     Clerk of Court

                                   By:  *s/Pam Howard*
                                        Deputy Clerk