UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILIANO MARTINEZ,<br><br>                              Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                              Defendant. | No. CV-11-3108-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on June 24, 2013, **ECF No. 41,** recommending that Plaintiff's motion for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, ECF No. 37, be granted.  The parties have now stipulated that a total of **$7,365.34** should be awarded to Plaintiff.  ECF No. 40.  No objections have been filed.

Having reviewed the Report and Recommendation, ECF No. 41, to grant Plaintiff's Motion for an award of attorney's fees pursuant to the EAJA, ECF No. 37, in the amount the parties now stipulate is appropriate, ECF No. 40, is **ADOPTED in its entirety**.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

1  **IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order,

2  forward copies to the parties and Magistrate Judge Hutton, and **CLOSE** the file.

3  **DATED** this 8th day of July 2013.

4

5                                         *s/ Rosanna Malouf Peterson*
                                       ROSANNA MALOUF PETERSON
                                       Chief United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2